Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz (CA Bar No. 157216)
Bradford J. Sandler (NY Bar No. 4499877)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
Email:   ischarf@pszjlaw.com
            jspomerantz@pszjlaw.com
            bsandler@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTSERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-20230 (PRW)<br><br>(Jointly Administered) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>      Plaintiff,<br><br> v.<br><br>LUNDBECK LLC d/b/a LUNDBECK INC.,<br><br>      Defendants. | Adv. Proc. No. 22-02048 |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of

Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy

Procedure, Plaintiff, Advisory Trust Group, LLC, as trustee of the RDC Liquidating Trust,

hereby dismisses, with prejudice, its Complaint against Lundbeck LLC d/b/a Lundbeck Inc. (the

"Defendants") in the above-captioned adversary proceeding. The Defendant have not filed an answer, responsive pleading, or motion for summary judgment in this adversary proceeding.

| | |
|---|---|
| Dated: March 1, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Ilan D. Scharf* |
| | Bradford J. Sandler (NY Bar No. 4499877) |
| | Ilan D. Scharf (NY Bar No. 4042107) |
| | Jason S. Pomerantz (CA Bar No. 157216) |
| | 780 Third Avenue, 34th Floor |
| | New York, NY 10017 |
| | Telephone: (212) 561-7700 |
| | Email: bsandler@pszjlaw.com |
| | ischarf@pszjlaw.com |
| | jspomerantz@pszjlaw.com |
| | *Counsel to Plaintiff RDC Liquidating Trust* |